412

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Ex parte I. E. YATES.

### No. 20715.

Court of Criminal Appeals of Texas.

Oct. 25, 1939.

Grady Sturgeon, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The question presented by this record is identical with that presented by the case of Ex parte Gussie Ferguson, Tex.Cr., 132 S.W.2d 408, this day decided by us. For the reasons assigned in that opinion, the relator is ordered discharged.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Ex parte Ross SUDDERTH.

### No. 20773.

Court of Criminal Appeals of Texas.

Oct. 25, 1939.

Cunningham, Lipscomb & Cole, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The question presented by this record is identical with that presented by the case of Ex parte Gussie Ferguson, Tex.Cr., 132 S.W.2d 408, this day decided by us. For the reasons assigned in that opinion, the relator is ordered discharged.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BUTLER v. STATE.

### No. 20694.

Court of Criminal Appeals of Texas.

Oct. 25, 1939.

B. F. Edwards, of Clarksville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of hogs, punishment being two years in the penitentiary.

The indictment properly charges the offense. No statement of facts or bills of exception are found in the record. No question is presented for review.

The judgment is affirmed.